## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BOBBY LEE POSEY**                                                    **PETITIONER**

**No. 3:21-cv-00234 DPM/PSH**

**MARTY BOYD, Sheriff, and**
**STATE OF ARKANSAS**                                         **RESPONDENTS**

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Bobby Lee Posey ("Posey") filed his petition for writ of habeas corpus on November 8, 2021.  He did not, however, pay a filing fee or file an application to proceed *in forma pauperis*.  On January 10, 2022, Posey was

directed to pay the filing fee or submit a properly completed *in forma pauperis* application within thirty days. A copy of an IFP application was mailed to Posey at the Court's direction on that date. Posey was notified that failure to respond would result in a recommendation that the case be dismissed without prejudice.

To date, Posey has not paid the filing fee or submitted an *in forma pauperis* application, as directed by the Court. Under these circumstances, the Court concludes that Posey's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). For this reason, the Court recommends that Posey's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no

issue on which petitioner has made a substantial showing of a denial of a constitutional right and therefore recommends the certificate of appealability be denied.

IT IS SO ORDERED this 22nd  day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4