IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY LEE POSEY                                PETITIONER

v.                  No. 3:21-cv-234-DPM

MARTY BOYD, Sheriff; and
STATE OF ARKANSAS                         RESPONDENT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Posey's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2)

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 April 2022