IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY LEE POSEY                                                              PETITIONER

v.                              No. 3:21-cv-234-DPM

MARTY BOYD, Sheriff; and
STATE OF ARKANSAS                                                            RESPONDENT

## JUDGMENT

Posey's petition is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

25 April 2022